**No. 57623.**—Bibi & Co. v. United States, protest 196977-K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass articles similar in all material respects to those the subject of Abstract 55073, the claim of the plaintiff was sustained.

**No. 57624.**—Package Products Co., Inc., and Van Oppen & Co., Inc. v. United States, protests 204995-K and 206678-K (A) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cellulose sheets the same in all material respects as those the subject of Abstract 56780, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 19, 1953

**No. 57625.**—Inter-Maritime Forwarding Co., Inc. v. United States, protest 200405-K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 57626.**—Watrous & Co., Inc., and Lansen-Naeve Corp. v. United States, protests 180439-K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of resistors similar in all material respects to those the subject of Abstract 57045, the claim of the plaintiffs was sustained.